USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

IN RE:                                               :

                                                     :         16-MD-2704 (PAE)

INTEREST RATE SWAPS ANTITRUST LITIGATION  :         16-MC-2704 (PAE)

                                                     :

*This Document Relates to All Actions*               :         ORDER NO. 31

------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

At the initial conference in this multi-district litigation, held on July 26, 2016, the Court

advised counsel of its intention, once discovery commenced, to have a monthly telephone

conference with counsel.  The Court has held such conferences monthly for the past seven

months.

The Court hereby schedules the eighth such conference for Thursday, June 21, 2018, at

9 a.m.  The Court directs lead counsel for plaintiffs to provide the Court and the defense with a

dial-in number for the call.   Although other counsel on the case are of course welcome to audit

the call, the Court expects that no more than three lawyers per side will participate on the call.

The Court directs that, two days prior to the call, counsel submit a brief joint letter summarizing

recent developments in the case and identifying the call participants for each side.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: May 21, 2018
       New York, New York